EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FLASH UPLINK LLC,
Plaintiff

v.

Civ. No. 2:26-cv-00085-RWS

QNAP SYSTEMS, INC.
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Defendant QNAP Systems, Inc.

Date Party's answer was originally due: 08/27/2026

Date Party's answer is now due (must not exceed 45 days after original due date): 09/28/2026

Date: August 18, 2026

/s/ *David J. Tsai*
Full Name: David J. Tsai
State Bar No.: CA 244479
Address: Pillsbury Winthrop Shaw Pittman LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111

Phone: 415-983-1000
Fax: 415-983-1200
Email: david.tsai@pillsburylaw.com

**Please note:**

- A Certificate of Conference is not required.
- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).
- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).
- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)